IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DANIELLA M. FEDAIL,<br><br>                  Defendant. | **8:24CR17**<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Daniella M. Fedail. (Filing No. 30). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 30) was granted (Filing No. 31).

      Joseph L. Howard, 1403 Farnam Street, Suite 232, Omaha, NE, 68102, (402) 884-7044, is appointed to represent Daniella M. Fedail for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Joseph L. Howard with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Daniella M. Fedail's defense.

      **IT IS SO ORDERED.**

Dated this 16th day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge