**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:24CR17** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DANIELLA M. FEDAIL,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [43]. The parties need additional time to complete plea negotiations.  The undersigned magistrate judge finds good cause to grant the continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [43] is granted as follows:

1. The jury trial, now set for August 27, 2024, is continued to **October 1, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 1, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 8, 2024**

**BY THE COURT:**


**s/ Michael D. Nelson**
**United States Magistrate Judge**